DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
STREET, GARELD D and
STREET, NONDY L

Case No. 06-01492-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $54.41, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| STREET, GARELD D and STREET, NONDY L | PO BOX 924 GOLDENDALE, WA 98620 | $54.41 |

Dated: December 10, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875493     12-29-10     $54.41